**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00396-LTB-CBS

HOWARD MYERS, individually and as father and next best friend of
ETHAN MYERS and LUKAS MYERS, minors,

      Plaintiff,

v.

KENN KOCHAN a/k/a KENNETH KOCHAN;
MID-WEST NATIONAL LIFE INSURANCE COMPANY a/k/a or d/b/a or separately MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff's Motion for Withdrawal of Reference to Bankruptcy Court of Adversary Proceeding No. 04-1424 EEB Relating to Bankruptcy Debtor Kenneth Kochan and to Add Kenneth Kochan as a Party to This Action (Doc 44 - filed May 25, 2007) and Plaintiff's Motion to Amend the Complaint (Doc 45 - filed May 25, 2007) are **DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LR 7.1(A)**.


Dated:  May 29, 2007
_____