IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00396-LTB-CBS

HOWARD MYERS, individually and as father and next best friend of
ETHAN MYERS and LUKAS MYERS, minors,

      Plaintiffs,

v.

KENN KOCHAN a/k/a KENNETH KOCHAN;
MID-WEST NATIONAL LIFE INSURANCE COMPANY a/k/a or d/b/a or separately
MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE, f/k/a
COLLEGE BOUND STUDENT ALLIANCE, INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Motion for Entry of Stipulated Confidentiality Order (*doc. no. 47)* is **GRANTED**.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

      Pursuant to D.C.COLOL.CIVR. 10.1I it is noted that the proper case number for this action is **04-cv-00396-LTB-CBS**. Counsel are directed to edit their records accordingly

**DATED:**    June 26, 2007