IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00396-LTB-KLM

HOWARD MYERS, *et al*

      Plaintiff(s),

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY,,

      Defendant(s).

_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

This matter is before the Court on Parties' **Joint Motion to Modify Scheduling Order** [Docket No. 57; filed November 13, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  Accordingly, the scheduling order will be amended to reflect the following changes:

The discovery cut-off will be extended to **March 7, 2008**.

The dispositive motions deadline will be extended to **March 29, 2008**.

Plaintiffs shall disclose supplemental experts on or before **January 15, 2008**.

Defendant shall designate rebuttal experts on or before **February 15, 2008**.

All other deadlines will remain the same.


Dated:  November 15, 2007