IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS, *et al*

　　Plaintiff(s),

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY,,

　　Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　This matter is before the Court on Parties' **Joint Motion to Modify Scheduling Order's Expert Witness Deadlines** [Docket No. 61; filed November 28, 2007] (the "Motion").

　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order will be amended as follows:

　　The deadline for Plaintiffs' supplemental expert reports shall be extended to **March 5, 2008**.

　　The deadline for Defendant's rebuttal expert disclosures shall be extended to **March 26, 2008**.

　　The deadline to depose experts shall be extended to **May 9, 2008**.

　　All other deadlines will remain the same.

　　Dated: November 30, 2007