IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS, *et al*

　　Plaintiff(s),

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY,

　　Defendant(s).
_____

**MINUTE ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　This matter is before the Court on Parties' **Joint Motion to Modify Scheduling Order** [Docket No. 66; filed January 28, 2008] (the "Motion").

　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order will be amended as follows:

　　The discovery cut-off will be extended to **March 28, 2008**.

　　The dispositive motions deadline will be extended to **April 22, 2008**.

　　The deadline to depose experts will be extended to **June 9, 2008**.

　　**No further extensions of time will be permitted.**

　　Dated: January 30, 2008