IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-00396-LTB-CBS

HOWARD MYERS, individually and as father and next best friend of
ETHAN MYERS and LUKAS MYERS, minors,

 Plaintiff,

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY a/k/a or d/b/a or separately MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,

 Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

 Defendant's Motion to Substitute Counsel (Doc 90 - filed February 26, 2008) is **GRANTED**. James E. Gigax is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by Douglas B. Tumminello.

Dated: February 27, 2008
_____