IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS, *et al*

    Plaintiff(s),

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY,,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant **Mid-West's Motion for Leave to File Reply in Support of Motion for Protective Order** [Docket No. 94; filed February 27, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant's Reply [Docket No. 94-2] in support of its Motions for Protective Orders is accepted for filing as of the date of this Order.

    Dated: February 29, 2008