# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.:** 04-cv-00396-LTB-KLM | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** March 06, 2008 | Courtroom Deputy, Ellen E. Miller |

HOWARD MYERS,   Kirk R. McCormick
individually and as father and next best friend of
ETHAN MYERS, and
a minor,
LUKAS MYERS,
a minor,

   **Plaintiff(s),**
v.

MID-WEST NATIONAL LIFE INSURANCE CO.,   Douglas B. Tumminello
   Angela C. Zambrano

   **Defendant(s).**

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:30 a.m.
Court calls case. Appearance of counsel.

The Court raises the Defendant's motions for protective orders for argument.

Argument by Mr. Tumminello.
Argument by Mr. McCormick.

**It is ORDERED:**   Defendant's MOTION FOR PROTECTIVE ORDER PROHIBITING PLAINTIFFS FROM DEPOSING TROY MCQUAGGE [Docket No. 81, Filed February 20, 2008] is **GRANTED** for the reasons set forth on the record.

**It is ORDERED:**   Defendant's MOTION FOR PROTECTIVE ORDER PROHIBITING PLAINTIFFS FROM DEPOSING PHILLIP J. MYHRA AND JO ANN JONES [Docket No. 82, Filed February 20, 2008] is **GRANTED** for the reasons set forth on the record.

*04-cv-00396-LTB-KLM*
*Motions Hearing*
*March 06, 2008*

Plaintiff makes an Oral Motion for Reconsideration.

**It is ORDERED:** Plaintiffs' ORAL MOTION FOR RECONSIDERATION is **DENIED** for the reasons set forth on the record.

Discussion is held regarding deposition schedules.

It is noted the Discovery Deadline remains MARCH 28, 2008.

HEARING CONCLUDES.

**Court in recess:** 11:58 a.m.
Total In-Court Time:   01:28