IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS, *et al*

    Plaintiff(s),

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to File Plaintiffs' Response to Mid-West's Objections and Responses to Requests for Production Pursuant to F.R.C.P. 30(b)(5)** [Docket No. 101; filed March 3, 2008] and **Defendant's Motion to Strike Plaintiffs' Responses to Mid-West's Objections and Responses to Requests for Production Pursuant to FRCP 30(b)(5)** [Docket No. 106; filed March 5, 2008].

    Plaintiff requests leave to file a response to Defendant's objections to Plaintiff's requests for production of documents pursuant to Fed. R. Civ. P. 30(b)(5). Defendant has moved to strike Plaintiff's responses on the grounds that the Federal Rules of Civil Procedure "do not permit a party seeking discovery to file a 'response' when an opponent objects to a Federal Rule of Civil Procedure 34 document request." Moreover, Defendant argues that even if Plaintiff's response is construed as Fed. R. Civ. P. 37 motion to compel, it should be denied as Plaintiffs failed to confer with Defendant's counsel prior to filingthe response. The Court agrees. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiffs' **Unopposed Motion to File Plaintiffs' Response to Mid-West's Objections and Responses to Requests for Production Pursuant to F.R.C.P. 30(b)(5)** [Docket No. 101; filed March 3, 2008] is **DENIED**.

    IT IS FURTHER **ORDERED Defendant's Motion to Strike Plaintiffs' Responses**

**to Mid-West's Objections and Responses to Requests for Production Pursuant to FRCP 30(b)(5)** [Docket No. 106; filed March 5, 2008] is **GRANTED**. Plaintiff's Response [Docket No. 102; filed March 3, 2008] shall be stricken from the record.

      Dated:  March 14, 2008