IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS, *et al*

    Plaintiff(s),

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motions Deadlines (opposed)** [Docket No. 130; filed March 20, 2008] (the "Motion").

    On April 4, 2008, District Judge Babcock entered an Order denying Plaintiffs' Motion to Amend their Complaint and to Amend the Scheduling Order [Docket No. 154].

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED AS MOOT**.

    Dated: April 10, 2008