## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.:** 04-cv-00396-LTB-KLM | FTR - Reporter Deck - Courtroom A-501 |
| **Date:** April 23, 2008 | Courtroom Deputy, Ellen E. Miller |

_____

| | |
|---|---|
| HOWARD MYERS, individually and as father and next best friend of ETHAN MYERS, and a minor, LUKAS MYERS, a minor, | Kirk R. McCormick |
| **Plaintiff(s),** | |
| v. | |
| MID-WEST NATIONAL LIFE INSURANCE CO., | Angela C. Zambrano Douglas B. Tumminello Stephen E. Csajaghy |
| **Defendant(s).** | |

_____
### COURTROOM MINUTES / MINUTE ORDER
_____

**HEARING: MOTIONS HEARING**
**Court in Session:** 8:00 a.m.
Court calls case. Appearance of counsel.

The Court raises Defendant's Motions to Compel, docket numbers 144 and 147, for argument.

Argument as to Motion to Compel [docket number 144] for Defendant by Ms. Zambrano. Argument for Plaintiffs by Mr. McCormick.

**It is ORDERED:** Defendant's MOTION TO COMPEL PLAINTIFFS ETHAN MYERS AND LUKAS MYERS AND NON-PARTY EMMA MYERS TO ATTEND THEIR DEPOSITIONS [Docket No. **144,** Filed March 26, 2008] is **GRANTED** for the reasons set forth on the record.

The depositions shall be in Colorado Springs at a mutually agreeable date and time.

      Upon agreement of counsel, the deposition of Emma Myers is limited to four hours. The depositions of Ethan Myers and Lukas Myers are limited to two hours for each individual.

**It is ORDERED:**  The Scheduling Order is AMENDED as follows:

      The <u>fact discovery deadline</u> is extended to **MAY 22, 2008**, for the purpose of completing the depositions of Ethan, Lukas and Emma Myers <u>only</u>.

      The <u>deadline to depose expert witnesses</u> is extended to **JUNE 30, 2008.**

Argument for Defendant as to Motion to Compel [docket number 147] by Mr. Tumminello.
Argument for Plaintiffs by Mr. McCormick.

**It is ORDERED:**  Defendant's MOTION TO COMPEL MENTAL EXAMINATIONS OF PLAINTIFFS HOWARD MYERS, ETHAN MYERS, AND LUKAS MYERS [Docket No. **147**, Filed March 28, 2008] is **GRANTED** for the reasons set forth on the record.

      The plaintiffs shall individually submit to mental examinations with Dr. Moe at a mutually agreeable date and time.

      The examinations shall be conducted at the Denver office of Dr. Moe, in the examination room with a glass window so Mrs. Myers can observe and be seen by Ethan.

      The examinations may be tape recorded with a high quality recorder, and both sides shall have copies.

      The Court does not place any time limit on each examination, although the Court accepts Dr. Moe's estimate that each examination will take approximately two hours and encourages him to adhere to that estimate to the extent possible in obtaining the information needed to complete his reports.

      Plaintiff Ethan Myers shall be provided with reasonable breaks during the examination, if necessary.

**It is ORDERED:**  **On or before MAY 01, 2008** Defendant shall submit a proposed Order pursuant to Fed.R.Civ.P. 35(a) specifying the time, place, manner, conditions, and scope of the examinations.

The Final Pretrial Conference remains set July 07, 2008 at 9:00 a.m.

HEARING CONCLUDES.

**Court in recess:**     9:06   a.m.

Total In-Court Time:     01:06