IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS, *et al*

    Plaintiff(s),

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motions Deadlines (opposed)** [Docket No. 136; filed March 24, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. To the extent the Motion seeks an extension of the discovery deadline, this request is **denied as moot**. During the proceedings held on April 23, 2008, the Court granted an extension of the discovery deadline for the sole purpose of completing the depositions of Ethan, Lukas and Emma Meyers [Docket No. 183]. To the extent the Motion seeks an extension of the dispositive motions deadline, this request is **granted in part and denied in part**. The dispositive motions deadline is extended to **May 8, 2008**. Given the trial date in this case, no further extensions of the dispositive motions deadline will be permitted.

    Dated: April 30, 2008