IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS individually and as father and next best friend of
ETHAN MYERS and
LUKAS MYERS, minors

Plaintiffs,

vs.

MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE

Defendant.

---

### ORDER REGARDING MENTAL EXAMINATIONS PURSUANT TO FED. R. CIV. P. 35(a)(2)(B)

---

In accordance with the Amended Courtroom Minutes/Minute Order entered by this Court on April 30, 2008 with respect to the Motions Hearing conducted on April 24, 2008, the Court enters the following Order regarding the mental examinations of Howard Myers, Ethan Myers and Lukas Myers pursuant to Fed. R. Civ. P. 35:

**Date & Time of Examinations:**

Howard Myers:   May 21, 2008, starting at 9:00 a.m.
Lukas Myers:    May 29, 2008, starting at 1:00 p.m.
Ethan Myers:    June 11, 2008, starting at 9:00 a.m.

**Place of Examinations:**

Office of Dr. Stephen A. Moe, M.D.
7777 East 1st Place, Suite 106-C
Denver, Colorado 80230
(720) 532-0460

**Manner of Examinations:**

The examinations shall be conducted at the Denver office of Dr. Moe, in the examination room with a glass window so Mrs. Myers can observe and be seen by Ethan. The examinations may be tape recorded with a high quality recorder, and both sides shall have copies of the recording.

**Scope and Conditions:**

The scope of the examinations shall address each Plaintiff's claim of emotional distress/mental anguish made in this case.

The Court does not place any time limit on each examination, although the Court accepts Dr. Moe's estimate that each examination will take approximately two hours and encourages him to adhere to that estimate to the extent possible in obtaining the information needed to complete his reports.

Plaintiff Ethan Myers shall be provided with reasonable breaks during the examination, if necessary.

DATED this 19TH day of May, 2008.

BY THE COURT:

_____
MAGISTRATE JUDGE KRISTEN L. MIX