**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-00396-LTB-CBS

HOWARD MYERS, individually and as father and next best friend of
ETHAN MYERS and LUKAS MYERS, minors,

       Plaintiff,

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY a/k/a or d/b/a or separately MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


     Plaintiffs' Unopposed Motion to Replace Brief (Doc 205 - filed May 20, 2008) is **GRANTED**. Plaintiffs' Response Brief (Doc 203) is replaced with the Response Brief (Doc 206). However, the exhibits attached to Doc 203 remain as part of the record.



Dated:  May 21, 2008
_____