IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS, individually and as next best friend of ETHAN MYERS and LUKAS MYERS, minors,

      Plaintiffs,

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY a/ka or d/b/a or separately; MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,

      Defendant.
_____

NOTICE
_____

Please take notice that the undersigned has retained the services of Connie Smith of the firm Rothgerber Johnson & Lyons LLP for estate planning purposes. Any party wishing to suggest recusal of the undersigned may do so within 10 days from the date of this notice.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: October 16, 2008