IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 04-cv-00396-LTB-KLM

HOWARD MYERS, individually and as next best friend of ETHAN MYERS and LUKAS MYERS, minors,

    Plaintiffs,

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY a/ka or d/b/a or separately; MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,

    Defendant.

---

### ORDER
---

For the reasons stated on the record at the hearing held on December 11, 2008, IT IS HEREBY ORDERED that

1. Plaintiffs' Motion for the Court to Recuse Itself [Doc # 270] is GRANTED; and

2. This case shall be sent to the Clerk's Office together with the related case of *Myers v. Healthmarkets, Inc.,et. al,* 08-cv-01533, for reassignment to the same judge.

Dated: December   12  , 2008 in Denver, Colorado.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE