IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 04-cv-00396-CMA-KLM

HOWARD MYERS, individually and as next best friend of
ETHAN MYERS and LUKAS MYERS, minors,

    Plaintiffs,

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY, a/k/a or d/b/a or
separately, MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,

    Defendant.

## ORDER DENYING MOTION TO RECONSIDER

After further review and consideration by the Court, Plaintiffs' Motion for Reconsideration of the Court's Order Ordering a Cost Bond (Doc. # 287) is DENIED.

    DATED:  March   19  , 2009

                                           BY THE COURT:

                                           CHRISTINE M. ARGUELLO
                                           United States District Judge